# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ALEXANDER HAIRSTON, | : | No. 209 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SHANNON R. ALLEN I/D/B/A GRABS, | : | |
| INC.; I/D/B/A JUGS & MUGS; AND | : | |
| JOSHUA MILLER, INDIVIDUALLY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.